IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| HAKEEM K. ONALAJA, | ) |
| Petitioner, | ) |
| vs. | ) Case No. 4:12-cv-1826-WMA-TMP |
| ERIC HOLDER, *et al.*, | ) |
| Respondents. | ) |

## **O R D E R**

On October 10, 2013, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be denied and dismissed as moot.[1] To date, no objections have been filed by either party. The Report and Recommendation mailed to petitioner has been returned as undeliverable.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED.  Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be and the same is hereby DENIED and DISMISSED WITH PREJUDICE.

---

[1] The magistrate judge correctly stated that petitioner was deported to Nigeria.  His original petition, however, recited that he was ordered to be deported to Sierra Leone.  The Government stated that the order listed Sierra Leone or, in the alternative, Nigeria.  The Report and Recommendation mistakenly set forth Kenya as the alternative nation.

DONE this 28th day of October, 2013.

                                              _____
                                              WILLIAM M. ACKER, JR.
                                              UNITED STATES DISTRICT JUDGE